**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

          Case No. 23-20076-01DDC

EPHANTUS MWANGI (01),

          Defendant.

**Attorneys for Plaintiff: James Parker Gochenour, Ryan Huschka**
**Attorney for Defendants: Lance D. Sandage**

| JUDGE: | Daniel D. Crabtree | DATE: | 4/27/2026 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETERS: | | PROBATION: | Paula Heschmeyer |

# STATUS CONFERENCE

Defendant appears not.

The court calls the case for a sentencing hearing.

Defendant's counsel requests the court to issue a show cause order.

Government's counsel requests for the court to issue a bench warrant.

**The court grants the government's request and directs counsel to submit a bench warrant for its signature.**

**Defendant remains on release.**